UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAURA ANNE WEYMOUTH,

     **Plaintiff,**

v.                                      **Case No: 8:13-cv-2214-T-27MAP**

**COMMISSIONER OF SOCIAL
SECURITY,**

     **Defendant.**

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 18) from the Magistrate

Judge recommending that the decision of the Commissioner of the United States Social Security

Administration be affirmed. Neither party filed objections and the time for doing so has expired.

A district court may accept, reject or modify a magistrate judge's report and recommendation.

28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual

findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the

findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir.

1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v.

McNeil*, 397 Fed. App'x. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347,

348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and

recommendations, and giving *de novo* review to matters of law,

1.     The Report and Recommendation (Dkt. 18) is **APPROVED** and **ADOPTED** for all

purposes, including for appellate review.

1

2.       The decision of the Commissioner is **AFFIRMED**.

3.       The Clerk shall enter final judgment in favor of the Commissioner of Social Security

and against Plaintiff Laura Anne Weymouth.

4.       The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this __13ᵗʰ__ day of May, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record

2